IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

KRYSTINA MARCALO,

     Appellant,

 v.                                                     Case No.  5D21-2874
                                                          LT Case Nos. 2019-CF-001254-A
                                                                              2019-CF-001255-A
                                                                              2019-CF-001308-A

STATE OF FLORIDA,

     Appellee.

_____/

Decision filed September 13, 2022

Appeal from the Circuit Court
for Citrus County,
Richard A. Howard, Judge.

Matthew J. Metz, Public Defender,
and Darnelle P. Lawshe, Assistant
Public Defender, Daytona Beach, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Daniel P. Caldwell,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

     AFFIRMED.

EDWARDS, EISNAUGLE and HARRIS, JJ., concur.